**Court Exhibit 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

RICHARD MCGOEY

                               Defendant(s).
-------------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

-CR-   ( )( )
21 cr 103

Defendant __Richard McGoey__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _✓_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

_X_   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_X_   Plea allocution

/s/ Richard McGoey by JCM on consent
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Richard McGoey_
Print Defendant's Name

_____
Defendant's Counsel's Signature

_FERRY A. LAWRENCE_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/18/2021
_____
Date

_Judith C. McCarthy_
U.S. District Judge/U.S. Magistrate Judge