UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                  **ORDER**

-against-                                    21 Cr. 103 (JCM)

RICHARD MCGOEY,

                        Defendant.
---------------------------------------------------------------X

       On February 18, 2021, the above-named defendant entered a plea of guilty and the Court scheduled his sentencing for May 27, 2021 at 10:00 a.m.  Accordingly, defense counsel's sentencing submission is due May 13, 2021 and the Government's sentencing submission is due May 20, 2021.

Dated:  February 19, 2021
           White Plains, New York

                                                **SO ORDERED:**

                                                _____
                                                JUDITH C. McCARTHY
                                                United States Magistrate Judge