# LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

July 7, 2021

**BY ECF**
Honorable Judith C. McCarthy
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    **United States v. Richard McGoey**
            **21 CR 103-001 (JCM)**

Dear Judge McCarthy:

    This letter is submitted to request the Court to authorize the return of Mr. McGoey's passport that was surrendered to Pretrial Services at the time his arraignment and plea in the above-captioned case. The Government consents to this request.

    Thank you for the Court's consideration of this request.

                            Respectfully submitted,

                            Kerry A. Lawrence

cc:    AUSA Margery B. Feinzig (by ecf)

**APPLICATION GRANTED**

Hon. Judith C. McCarthy
7/12/2021